UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE | CASE NO. 10-28785 |
| ENRIQUE A. VARGAS, JR. | CHAPTER 7 |
| CLARA D. VARGAS, | JUDGE JACQUELINE P. COX |
| DEBTORS. | |

VIA ELECTRONIC NOTICE THROUGH ECF:
Mohammed O. Badwan, Esq., Sulaiman Law Group, Ltd., Attorney for Debtors,
mbadwan@sulaimanlaw.com

NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that on March 7, 2017 at 9:30 A.M., or as soon thereafter as counsel may be heard, I will appear before the Honorable Jacqueline P. Cox or any judge sitting in her stead in Room 680 or in the courtroom usually occupied by him at the United States Courthouse, 219 South Dearborn, Chicago, Illinois 60604, and then and there present the Agreed Motion to Approve Proposed Agreed Confidentiality Order.

CERTIFICATE OF SERVICE

I, Sandra L. Makowka, an attorney, certify that a true copy of the foregoing Notice of Motion and attached motion were served upon the parties identified above via CM/ECF electronic transmission on February 17, 2017.

/s/ Sandra L. Makowka

DAVID T. COHEN & ASSOCIATES, LTD.
ATTORNEY NO. 6286780
10729 W. 159TH STREET
ORLAND PARK, ILLINOIS 60467
(708) 460-7711
EMAIL: NOTICE@DAVIDTCOHENLAW.COM

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE

ENRIQUE A. VARGAS, JR.
CLARA D. VARGAS,

DEBTORS.

CASE NO. 10-28785

CHAPTER 7

JUDGE JACQUELINE P. COX

## AGREED MOTION TO APPROVE
## PROPOSED AGREED CONFIDENTIALITY ORDER

NOW COME the Debtors and TCF National Bank, parties to the attached Agreed Confidentiality Order, pursuant to Fed. R. Civ. P. Rule 26(c) and Local Rule 26.2, made applicable by Bankruptcy Rules 9014(c) and 7026, and Local Rule 26.2 and in support of their Joint Motion for Entry of an Agreed Confidentiality Order state as follows:

1. In the course of proceedings in this action it may be necessary for the parties to disclose documents and information that are confidential, proprietary, or otherwise not appropriate for public dissemination.

2. As such, the parties agree that a protective order is appropriate pursuant to Fed. R. Civ. P. Rule 26(c) and Local Rule 26.2, made applicable by Bankruptcy Rules 9014(c) and 7026, in order to protect the disclosure of such documents and information.

3. The parties submit the attached Agreed Confidentiality Order, which Order adopts the terms of the Model Confidentiality Order set forth in LR 26.2.

4. The parties respectfully request the Court enter the proposed Agreed Confidentiality Order attached hereto.

WHEREFORE the Debtors and TCF National Bank pray that the Court enter the proposed Agreed Confidentiality Order attached hereto, and

for any such other and further relief the Court deems just, equitable, and appropriate under the circumstances.


TCF National Bank                          Enrique A. Vargas, Jr.
                                           Clara D. Vargas


By:  /s/ Sandra L. Makowka                 By:  /s/ Mohammed O. Badwan
        Its Attorney                              Their Attorney


DAVID T. COHEN & ASSOCIATES, LTD.
ATTORNEY NO. 6286780
10729 W. 159TH STREET
ORLAND PARK, ILLINOIS 60467
(708) 460-7711
EMAIL: NOTICE@DAVIDTCOHENLAW.COM